# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT ADAM MCGUFFEY,
Appellant,
vs.
JAMES GREGORY COX, DIRECTOR
OF N.D.O.C.,
Respondent.

No. 70428

FILED

JUN 27 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on May 20, 2016, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Nancy L. Porter, District Judge
Robert Adam McGuffey
Attorney General/Carson City
Elko County Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-20013